# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| E. Mishan & Sons, Inc., | Plaintiff, |
| -v- | |
| Your Store Online LLC and Chris Reoch, | |
| | Defendant. |

Case No._____

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

E. Mishan & Sons, Inc. _____ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

**Date:** March 26 2008 _____

_Angelo Notaro_ _____
**Signature of Attorney**

**Attorney Bar Code:** AN1306 _____