UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

**08 CV 3071** ECF

E. Mishan & Sons, Inc. V.
Your Store Online LLC, et al.

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

08 Civ. 3071 (BSJ)(DFE)

---------------------------------------------------------X

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

X    General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___    Specific Non-Dispositive Motion/Dispute:*

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___    Settlement*

___    Inquest After Default/Damages Hearing

___    Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___    Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

    Purpose:_____

___    Habeas Corpus

___    Social Security

___    Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion:_____

    All such motions:____

\* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
              4/21/08

                                    Barbara S. J.
                                    United States District Judge