YS_Rule_7_1_Statement_for_Defts.doc

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
                                                                    :    ECF CASE
**E. MISHAN & SONS, Inc.,**                                         :
                                                                    :    08 CV 3071  (BSJ) (DFE)
                **Plaintiffs,**      :
                                                                    :    **RULE 7.1 STATEMENT**
      v.                                               :    <u>**FOR DEFENDANTS**</u>
                                                                    :
**YOUR STORE ONLINE LLC and CHRIS REOCH,**                          :
                                                                    :
                **Defendants.**     :
                                                                    :
---------------------------------------------------------------------x

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the Defendants, **Your Store Online LLC**, a corporation, and **Chris Reoch**, an individual, certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties which are publicly held:  **NONE.**

**Dated:**   New York, New York
            April 22, 2008

*[signature: Carl E. Person]*

_____
**Carl E. Person   (CP 7637)**
**Attorney for the Defendants,**
   **Your Store Online LLC** and **Chris Reoch**
**325 W. 45th Street - Suite 201**
**New York, New York 10036-3803**
**(212) 307-4444**
**Email:  carlpers@ix.netcom.com**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
                                                      :    **ECF CASE**

**E. MISHAN & SONS, Inc.,**                     :

                                                      :    **08 CV 3071  (BSJ) (DFE)**

                          **Plaintiffs,**                :

                                                      :    **PROOF OF SERVICE**

                     **v.**                            :
                                                     :

**YOUR STORE ONLINE LLC and CHRIS REOCH,**   :
                                                     :
                          **Defendants.**             :
                                                     :
------------------------------------------------------------------------x

I, **Carl E. Person**, an attorney duly authorized to practice in the State of New York, do hereby affirm that the following is true under the penalty of perjury pursuant to CPLR 2106:

I am not a party to this action, am over 18 years of age, and on April 22, 2008, I served a true copy of the foregoing

### RULE 7.1 STATEMENT FOR DEFENDANTS

dated April 22, 2008, on the attorneys for the Plaintiff, by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last-known address of said attorneys, as follows:

      **Angelo Notaro, Esq.**
      **John Zaccaria, Esq.**
      **Notaro & Michalos P.C.**
      **1270 Broadway – Suite 807**
      **New York, NY  10001-3204**


**Dated:  April 22, 2008**

                                                */s/ Carl E. Person*
                                       _____
                                          **Carl E. Person (CP 7637)**