YS_Notice_of_Appear_for_Defts.doc

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x

| | |
|---|---|
| **E. MISHAN & SONS, Inc.,** | ECF CASE |
| | 08 CV 3071 (BSJ) (DFE) |
| Plaintiffs, | |
| | <u>NOTICE OF APPEARANCE</u> |
| v. | |
| **YOUR STORE ONLINE LLC and CHRIS REOCH,** | |
| Defendants. | |

------------------------------------------------------------------------x

     **Please take notice** that the undersigned counsel, Carl E. Person, is appearing as counsel on behalf of the Defendants, **Your Store Online LLC**, a corporation, and **Chris Reoch**, an individual.

**Dated:**  **New York, New York**
          **April 22, 2008**

*/s/ Carl E. Person*
_____
**Carl E. Person   (CP 7637)**
**Attorney for the Defendants,**
   **Your Store Online LLC and Chris Reoch**
**325 W. 45th Street - Suite 201**
**New York, New York 10036-3803**
**(212) 307-4444**
**Email:  carlpers@ix.netcom.com**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x

|  |  |
|---|---|
| **E. MISHAN & SONS, Inc.,** | **ECF CASE** |
| Plaintiffs, | **08 CV 3071 (BSJ) (DFE)** |
| v. | **PROOF OF SERVICE** |
| **YOUR STORE ONLINE LLC and CHRIS REOCH,** |  |
| Defendants. |  |

-----------------------------------------------------------------------x

I, **Carl E. Person**, an attorney duly authorized to practice in the State of New York, do hereby affirm that the following is true under the penalty of perjury pursuant to CPLR 2106:

I am not a party to this action, am over 18 years of age, and on April 22, 2008, I served a true copy of the foregoing

**NOTICE OF APPEARANCE FOR DEFENDANTS**

dated April 22, 2008, on the attorneys for the Plaintiff, by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last-known address of said attorneys, as follows:

> **Angelo Notaro, Esq.**
> **John Zaccaria, Esq.**
> **Notaro & Michalos P.C.**
> **1270 Broadway – Suite 807**
> **New York, NY 10001-3204**

**Dated: April 22, 2008**

_____
**Carl E. Person (CP 7637)**