| | | |
|---|---|---|
| E MISHAN & SONS, INC<br>- against -<br>YOUR STORE ONLINE, LLC, ET AL | Petitioner(s)<br>Plaintiff(s)<br>Respondent(s)<br>Defendant(s) | **AFFIDAVIT OF SERVICE**<br>INDEX#<br>08 CV 3071 |

STATE OF: _Wisconsin_    - COUNTY OF: _Waukesha_ ss:

_Robert Bufford_, being duly sworn deposes and says deponent is not a party to this action, is over the age of 18 and resides in _Wisconsin_
That on date/time: _4/3/08   2:17p_ at 1005 PERKINS AVE  WAUKESHA  WI  53186
deponent served the within: SUMMONS, COMPLAINT, RULE 7.1, CIVIL COVER SHEET
    [ ] Summons, Spanish summons & complaint, the language required by NRCRR 2900.2(e), (f) & (h) was set forth on the face of the summons(es)

On: YOUR STORE ONLINE, LLC
    [✓] Defendant  [ ] Respondent  [ ] Witness (hereinafter called the recipient) therein named.

**INDIVIDUAL**
**A   [ ]**    By personally delivering to and leaving with said YOUR STORE ONLINE, LLC
    and that he knew the person so served to be the person mention and described in said SUMMONS, COMPLAINT, RULE 7.1, CIVIL COVER SHEET

**CORPORATION**
**B   [✓]**   By delivering to and leaving with _Joe Roach_
    at _1005 Perkins Ave_
    and that he knew the person so served to be the _person in charge_ of the corporation.

**SUITABLE AGE PERSON**
**C   [ ]**    Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person:
    By delivering a true copy thereof to and leaving with _____
    a person of suitable age and discretion at _____
    the said premises being the recipient's [ ] Dwelling/Usual place of abode [ ] Actual place of business within the State of New York.

**AFFIXING TO DOOR, ETC.**
**D   [ ]**    By affixing a true copy thereof to the door of said premises, the same being the recipient's
    [ ] Dwelling/Usual place of abode [ ] Actual place of business within the State of New York. Deponent had previously attempted to serve the above named recipient on/at:   1. _____  2. _____  3. _____
    Deponent spoke with _____ who stated to deponent that the said recipient(s) lived at the aforementioned address, but did not know recipient's place of employment.

**MAILING TO RESIDENCE**
**E1   [ ]**
Use with C or D    Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient to recipient's last known residence at _____ and deposited said envelope in an official repository under the exclusive care and custody of the US Postal Service within New York State on _____ .

**MAILING TO BUSINESS**
**E2   [ ]**
Use with C or D    Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient to recipient's actual place of business at _____ in an official repository under the exclusive care an custody of the US Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient and mailed on _____ .

**F   [X]**    DEPONENT STATES THAT THE INDEX # AND FILING DATE WERE CLEARLY VISIBLE ON THE SUMMONS.
DESCRIPTION OF THE RECIPIENT OR OTHER PERSON SERVED OR SPOKEN TO ON BEHALF OF THE RECIPIENT IS AS:

**VOID WITHOUT DESCRIPTION**
Use with A,B,C,D

| | | | | | |
|---|---|---|---|---|---|
| [✓] Male | [✓] White Skin | [✓] Black Hair | [ ] White Hair | [ ] 14 - 20 Yrs. | [ ] Under 5'  [ ] Under 100 Lbs. |
| [ ] Female | [ ] Black Skin | [ ] Brown Hair | [ ] Balding | [✓] 21 - 35 Yrs. | [ ] 5'0" - 5'3"  [ ] 100 - 130 Lbs. |
| | [ ] Yellow Skin | [ ] Blonde Hair | [ ] Moustache | [ ] 36 - 50 Yrs. | [ ] 5'4" - 5'8"  [ ] 131 - 160 Lbs. |
| | [ ] Brown Skin | [ ] Gray Hair | [ ] Beard | [ ] 51 - 65 Yrs. | [✓] 5'9" - 6'0"  [✓] 161 - 200 Lbs. |
| | [ ] Red Skin | [ ] Red Hair | [ ] Glasses | [ ] Over 65 Yrs. | [ ] Over 6'  [ ] Over 200 Lbs. |

Other identifying features: _____

**WITNESS FEE**
**G   [ ]**    Witness fee of $0  the authorizing traveling expenses and one day's witness fee:
    [ ] was paid (tendered) to the recipient  [ ] was mailed to the witness with subpoena copy.

**MILITARY SERVICE**
**[X]**    I asked the person spoken to whether defendant was in active military service of the United States or of the state of New York in any capacity whatsoever and received a negative reply. *Defendant wore civilian clothes and no military uniform.* The source of my information and the grounds of my belief are the conversations and observations above narrated.

Subscribed and Sworn to me this

_3rd_ day of _April_ 2008

Notary Signature: _Charlene Higgins_

_Charlene Higgins   May 9, 2010_
Name of Notary           Commission Expiration
                         WISC.

I, _Robert Bufford_, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_Robert Buford_   _4-3-08_
Signature of Process Server   Date

AO 440 (Rev. 8/01) Summons in a Civil Action

| | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 4-3-08 | |
| NAME OF SERVER (PRINT) Robert Bufford | TITLE Process Server | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Corporate, served your store online, LLC by serving Joe Reoch

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-3-08
Date

Signature of Server: Robert Bufford

Address of Server: 735 N. Water St, Milw, WI 53202

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

E. Mishan & Sons, Inc.,
            Plaintiffs,

V.

Your Store Online, LLC and Chris Reoch,
            Defendents.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CV 3071**

**JUDGE JONES**

TO: (Name and address of Defendant)

Your Store Online LLC
1005 Perkins Avenue
Waukesha, Wisconsin 53186

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Angelo Notaro, Esq.
Notaro & Michalos P.C.
1270 Broadway, Suite 807
New York, NY 10001

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

MAR 2 6 2008

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                      Date                         *Signature of Server*

                                             _____
                                                  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.